UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE § § **Plaintiff** § § VS. § § DISTRICT ON HIGHLAND VILLAGE, § LLC § § **Defendant** § | CIVIL ACTION NO. 4:20-cv-02098 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, SEAN WHITE Plaintiff and DISTRICT ON HIGHLAND VILLAGE, LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    December 30, 2020    FOR SEAN WHITE, Plaintiff

BY:    /S/   R. Bruce Tharpe
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:      December 30, 2020      DISTRICT ON HIGHLAND VILLAGE, LLC

Defendant

BY:   **/S/   David Fink**
David Fink
Attorney at Law
7519 Apache Plume
Houston, Texas 77071
(713) 591-4448 – Main